IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 06-cv-01782-RPM-BNB

Plaintiff,

ROLLAND A. WALTERS

v.

ALLSTATE INSURANCE COMPANY

Defendant.

_____

**ORDER OF DISMISSAL WITH PREJUDICE**
_____

THIS MATTER having come before the Court upon the parties' Stipulation for Dismissal with Prejudice, and the Court having reviewed the pleadings and the file and being fully apprised in the premises,

IT IS HEREBY ORDERED that this matter and the Complaint herein are dismissed with prejudice, each party to pay its own costs and attorneys' fees.

DONE IN OPEN COURT this 30th day of November, 2006.

                                             BY THE COURT:

                                             s/Richard P. Matsch

                                             _____

                                             U.S. District Court Judge